**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**IN RE SEARCH WARRANT**

CRIMINAL NO. 23 - MJ - 922

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:53 pm, Sep 05 202:
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America respectfully moves this Court for an order unsealing the above-docketed case in full, including the application, search warrant, affidavit, and any motions and orders to seal and for non-disclosure.

In support of this motion, the Government states: the investigation of this matter has concluded. The government has identified no co-conspirators. The government believes Mr. McGrath acted alone.

WHEREFORE, the government respectfully requests that the application, search warrant, affidavit, and any motions to seal and for non-disclosure in this matter, as well as the case itself, be UNSEALED and placed on the public docket.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____

Aaron S.J. Zelinsky
Assistant United States Attorney
Baltimore, Maryland